# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,             )
                                     )
   v.                                )   2:11-CR-102-RLH (CWH)
                                     )
MITCHELL PULIDO,                     )
                                     )
            Defendant.             )

# PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 12, 2012, defendant MITCHELL PULIDO pled guilty to Counts One, Three and Four of a Five-Count Criminal Indictment charging him in Counts One and Three Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), and in Count Four with Discharging a Firearm During a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) . Docket #1, #34, #35

This Court finds defendant MITCHELL PULIDO agreed to the forfeiture of the property set forth in the Plea Memorandum. Docket #35.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in thePlea Memorandum and the offenses to which defendant MITCHELL PULIDO pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a)      one Ruger, 9mm Model P89DC, serial number 30792849;

1       b)     one Silver Phoenix Arm, Model HP22A, .22 caliber handgun, serial number 4283521; and

3       c)     any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MITCHELL PULIDO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

        Michael A. Humphreys
        Assistant United States Attorney
        Daniel D. Hollingsworth
        Assistant United States Attorney
        Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
        Las Vegas, Nevada 89101.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __27th__ day of _____February_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing Preliminary Order of Forfeiture on February 24, 2012, by the below identified method of service:

CM/ECF:

Kalani K. Hoo
Eichhorn & Hoo, LLC
1212 S. Casino Center Blvd
Las Vegas, NV 89104
Email: kalani@lvdefense.com
Counsel for the Defendant Mitchell Pulido

Rebecca A Rosenstein
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Email: Rebecca_Rosenstein@fd.org
Counsel for the Defendant Mitchell Pulido

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal