# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                      )
          Plaintiff,              )
                                      )
  v.                                  )   2:11-CR-102-RLH-(CWH)
                                      )
MITCHELL PULIDO,                      )
                                      )
          Defendant.              )

## FINAL ORDER OF FORFEITURE

On February 27, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture as to MITCHELL PULIDO pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MITCHELL PULIDO to criminal offenses, forfeiting specific property agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant MITCHELL PULIDO pled guilty. Indictment, ECF No. 1; Plea Memorandum, ECF No. 35; Minutes of Change of Plea Proceedings, ECF No. 34; Preliminary Order of Forfeiture, ECF No. 37.

This Court finds the United States of America published the notice of the forfeiture as to Defendant MITCHELL PULIDO in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 7, 2012, through April 5, 2012, notifying all parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 38.

On April 12, 2012, FRANCISCO PULIDO was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 41, p. 2-8.

On September 13, 2012, CANDICE WOOD was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 56, p. 2-8.

On May 4, 2012, FRANCISCO PULIDO filed with the court a Motion for Return of Gun relating to a Ruger, Model P89DC, serial number 303-79265. With his Motion, Mr. Pulido filed a copy of the registration "blue card". Motion for Return of Gun by Francisco Pulido, ECF No. 42.

The serial number listed on the "blue card" registration provided by FRANCISCO PULIDO is not the same serial number as the serial number on the Ruger firearm that is being forfeited in this lawsuit. Plea Memorandum, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 37; Motion for Return of Gun by Francisco Pulido, ECF No. 42.

On May 9, 2012, the United States filed it Response to FRANCISCO PULIDO's Motion for Return of Property, indicating that the serial number on the registration card provided by FRANCISCO PULIDO did not match the serial number on the firearm that is subject to forfeiture in this lawsuit and requesting that FRANCISCO PULIDO provide documentation establishing that he is the lawful owner of the firearm. Response to Motion for Return of Property, ECF No. 43.

On May 29, 2012, the Court granted FRANCISCO PULIDO'S Motion for Return of Property with the following limitation: that Francisco Pulido produce documentation to the United States proving that he is the lawful owner of the Ruger 9mm, Model P89DC handgun within 30 days. Order Granting Motion for Return of Property, ECF No. 48.

More than 30 days have passed since the Court's ruling and the United States has not received any documentation from Mr. Pulido proving that he is the lawful owner of the Ruger 9mm, Model P89DC handgun, serial number 30792849.

. . .

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) one Ruger, 9mm Model P89DC, serial number 30792849;

b) one Silver Phoenix Arm, Model HP22A, .22 caliber handgun, serial number 4283521; and

c) any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __24th__ day of __October__, 2012.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing on October 23, 2012, by the below identified method of service:

CM/ECF:

Kalani K. Hoo
Eichhorn & Hoo, LLC
1212 S. Casino Center Blvd
Las Vegas, NV 89104
Email: kalani@lvdefense.com
Counsel for Defendant Mitchell Pulido

Rebecca A Rosenstein
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Email: Rebecca_Rosenstein@fd.org
Counsel for Defendant Mitchell Pulido

Regular Mail:

Francisco Pulido
1218 Starstone Ct.
Henderson, NV 89014

Francisco Pulido
1818 Starstone Ct.
Henderson, NV 89014

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal